UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                        Civil No. 11-cv-00144-JL

<u>James B. Hobbs, et al.</u>


**ORDER OF RECUSAL**

Because members of the undersigned judge's extended family have retained the Hamblett & Kerrigan law firm for estate planning purposes, I hereby recuse myself from this case. Although I am confident that I would fairly and impartially fulfill the judicial role in this case, I do so to avoid any appearance of impropriety.

    **SO ORDERED.**

                                                /s/ Joe Laplante
                                               Joseph N. Laplante
                                               United States District Judge

Dated:  October 28, 2011

cc:  Andrew A. De Mello, Esq.
     James B. Hobbs, pro se
     Robert M. Shepard, Esq.
     J. Daniel Marr, Esq.
     David D. Christensen, Esq.
     Brian M. Forbes, Esq.
     Lisa Ura Bollinger, Esq.