```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                              Civil No. 11-cv-144-PB

<u>James Hobbs, et al.</u>

<u>O R D E R</u>

Based on the status report filed by the government, it appears that the only actions that remain to be taken in this case are: (1) defaults entered against several defendants must be either lifted or converted into default judgments; (2) claims against defendants who have reached agreements with the government to resolve pending claims must be either dismissed pursuant to settlement or reduced to consent judgments; (3) settlement negotiations between the government and the estate of Blanche Krah must be completed; and (4) the government's claims against defendant James Hobbs must be resolved.

Accordingly, within 30 days, the government shall move for default judgments against any defaulted defendants, complete settlement negotiations with the Krah estate, and move to dismiss or seek consent judgments with respect to defendants who have settled with the government. The government shall also meet and confer with Mr Hobbs

and, within 30 days, the parties shall either enter into a settlement with respect to the claims against him or agree to a case management plan for the resolution of any unresolved claims. The case management plan and a status report regarding all claims shall be filed within 30 days.

The pretrial conference is cancelled.

      SO ORDERED.

                                                 /s/ Paul Barbadoro  
                                                 Paul Barbadoro  
                                                 United States District Judge

Date: April 23, 2013

cc:   James Hobbs, Pro Se  
       Andrew DeMello, Esq.  
       Stephen Sherman, Esq.  
       Robert Shepard, Esq.  
       David Christensen, Esq.  
       Brian Forbes, Esq.  
       Lisa Ura Bollinger, Esq.