UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court  Telephone: 603-225-1423
Pamela E. Phelan, Chief Deputy Clerk  Web: www.nhd.uscourts.gov

May 11, 2015

Andrew A. De Mello, Esq.
US Dept of Justice - Tax Division (55)
PO Box 55, Ben Franklin Station
Washington, DC, 20044

Dear Attorney De Mello:

In re: Civil No. 11-cv-00144-PB, United States of America v. Hobbs et al

Since we are not required to maintain copies of discovery material (Fed. R. Civ. P. 5(d)) and since this case is closed, we are returning the following material to you for safekeeping.

| Attachment to Document # | Title of Document/Date Filed |
|---|---|
| 55 | Exhibit #1 to Motion for Summary Judgment 5/28/2013 |
| 74 | Exhibit #1 to Motion for Summary Judgment 11/7/2014 |
| 79 | Exhibit #1 to Brief/Memorandum 1/8/2015 |

Should the need arise, the court will ask the material be resubmitted.

Very truly yours,

Jennifer Sackos
Deputy Clerk

Enclosures

cc: Counsel of Record